# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JUANA IDALIA SANCHEZ** | **CASE NO. 1:24-CV-00513** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JUSTICE** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 40] previously filed herein, and after independent (de novo) review of the record, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss filed by the U.S. Department of Justice, Federal Bureau of Prisons [Doc. No. 31] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Juana Idalia Sanchez's claims be **DISMISSED WITHOUT PREJUDICE**.

THUS ORDERED AND SIGNED in Chambers in Monroe, Louisiana on this 15th day of September 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE